1270

No. 93–1631. BENTSEN, SECRETARY OF THE TREASURY *v.* ADOLPH COORS CO. C. A. 10th Cir. [Certiorari granted, *ante,* p. 1203.] Motion of respondent to substitute Coors Brewing Co. in place of Adolph Coors Co. granted.

No. 93–1636. SWINT ET AL. *v.* CHAMBERS COUNTY COMMISSION ET AL. C. A. 11th Cir. [Certiorari granted, *ante,* p. 1204.] Motion of petitioners to dispense with printing the joint appendix granted.

No. 93–7901. SCHLUP *v.* DELO, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. [Certiorari granted, 511 U. S. 1003.] Motion of Criminal Justice Legal Foundation for leave to file a brief as *amicus curiae* granted.